UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:     CHAPTER 13 PROCEEDING:
MICHAEL & DIANA MAST     09-20553-C-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Aug 29, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

   WELLS FARGO HOME MORTGAGE
   1 HOME CAMPUS
   PMT PROCESSING   MAC #2302-04C
   DES MOINES, IA  50328

5. As a result, funds owed to the creditor in the amount of $434.17 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 13, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                CHAPTER 13 PROCEEDING:
MICHAEL & DIANA MAST                                                  09-20553-C-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on May 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


MICHAEL AND DIANA MAST                          THE LAW OFFICE OF JOEL GONZALEZ PLLC
16102 JESSAMINE ST                              5350 S STAPLES  STE 406
CORPUS CHRISTI, , TX  78418                     CORPUS CHRISTI, TX  78411

WELLS FARGO HOME MORTGAGE                       BARRETT DAFFIN FRAPPIER TURNER &
1 HOME CAMPUS                                   ENGEL LLP
PMT PROCESSING   MAC #2302-04C                  1900 ST JAMES PLACE STE 500
DES MOINES, IA  50328                           HOUSTON, TX  77056